Laura E. Krank
Attorney at Law: 220208
211 East Ocean Blvd., Suite 420
Long Beach, CA 90802
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: Laura.Krank@rksslaw.com

Attorneys for Plaintiff
STEVEN MARTIN CARDENAS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| STEVEN MARTIN CARDENAS | Case No.: 1:15-cv-01939-SKO |
|---|---|
| Plaintiff, | ORDER EXTENDING BRIEFING SCHEDULE |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security. | (Doc. 14) |
| Defendant. | |

Based upon the stipulation of the parties (Doc. 14), and for good cause shown,

IT IS HEREBY ORDERED that Plaintiff shall have an extension of time, to and including October 3, 2016, in which to file Plaintiff's Opening Brief. All other deadlines set forth in the December 31, 2015, Scheduling Order (Doc. 5) shall be extended accordingly.

IT IS SO ORDERED.

Dated: __**September 6, 2016**__                    /s/ *Sheila K. Oberto*
                                                     UNITED STATES MAGISTRATE JUDGE

-1-